IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 3:20CR **078** |
| v. | 18 U.S.C. § 922(g)(1) |
| | Possession of a Firearm and Ammunition |
| MATTHEW LEE FREZZA, | by a Convicted Felon |
| | (Count One) |
| Defendant. | |
| | Forfeiture Allegation |

July 2020 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about June 12, 2020, in the Eastern District of Virginia, the defendant, MATTHEW LEE FREZZA, knowing that he was previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Taurus, Model G3, 9mm caliber, semi-automatic pistol, serial number AAL063192, and accompanying ammunition, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to, the following:

**One Taurus, Model G3, 9mm caliber, semi-automatic pistol, serial number AAL063192; and all accompanying ammunition.**

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

FOREPERSON

G. ZACHARY TERWILLIGER
United States Attorney

By: *Erik S. Siebert*
Erik S. Siebert
Assistant United States Attorney

**Pursuant to the E-Government Act, the original of this page has been filed UNDER SEAL in the Clerk's Office.**

2