IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW LEE FREZZA,<br><br>Defendant. | Case No. 3:20CR78-HEH |

## STATEMENT OF FACTS

The United States and the defendant, MATTHEW LEE FREZZA, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about June 12, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, MATTHEW LEE FREZZA, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: one Taurus, Model G3, 9mm caliber, semi-automatic pistol, serial number AAL106312, and ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

2. On June 12, 2020, Richmond Police Department ("RPD") officers observed a caravan of three trucks driving recklessly in the vicinity of the Robert E. Lee Monument during civil unrest. Based on this reckless driving, RPD officers executed a traffic stop on one of the pickup trucks at the intersection of Old Mill Road and Boatwright Road, in the City of Richmond, Virginia. Upon approaching the truck, RPD officers observed three occupants inside, with an individual later identified as Matthew Lee FREZZA ("FREZZA") in the front passenger seat of

the truck. RPD officers further observed all three occupants of the truck armed with firearms, to include assault rifles.

3. Based on the presence of the firearms and the vehicles presence at the Robert E. Lee Monument, RPD Officers requested the three occupants step out of the truck. As FREZZA exited the truck, RPD officers took an assault rifle from his possession, removed a handgun and two clips from a holster on this thigh, and removed a ballistic vest from his body that contained six rifle magazines with ammunition. On the scene, RPD Officers determined that FREZZA was a convicted felon and placed him under arrest. It was later determined that FREZZA knew he was a convicted felon at the time of his possession of the firearms.

4. The firearm possessed by FREZZA was a Taurus, Model G3, 9mm caliber, semi-automatic pistol, serial number AAL106312. The firearm was manufactured outside of the Commonwealth of Virginia and therefore travelled in and affected interstate commerce prior to FREZZA's possession on June 12, 2020, in Richmond, Virginia. The assault rifle possessed by FREZZA was later determined to be a homemade rifle without a serial number, which contained a loaded, high capacity magazine.

5. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

6. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Erik S. Siebert
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MATTHEW LEE FREZZA, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
MATTHEW LEE FREZZA

I am Joseph Camden, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Joseph Camden, Esq.
Attorney for MATTHEW LEE FREZZA

3