**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 3:20CR78-HEH |
| ) | |
| MATTHEW FREZZA, ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT**

Late filing: Mr. Frezza submits the following objections (really minor corrections) to the pre-sentence report. Counsel for Mr. Frezza had sent a copy of the report to Mr. Frezza at Pamunkey Regional Jail after it issued. However, communications with inmates at Pamunkey has been subject to ongoing outages. Attempts to communicate with Mr. Frezza about the report were unsuccessful; the United States Marshals were able to bring Mr. Frezza to the courthouse yesterday, November 8, 2020, in order to meet with the undersigned. Therefore counsel asks that the Court excuse the late filing. Counsel and Mr. Frezza do not object to any continuance should the Court or parties request time to respond.

**I.      Factual Corrections and Updates**

1.  Page 2: Alias(es): Nicholas Frezza

Matthew Frezza acknowledges that he provided the name of his brother, Nicholas Frezza, to law enforcement on June 12, 2020, before coming clean and providing his true name. However, he is concerned that the listing of Nicholas Frezza as an alias will lead to confusion or difficulty for his brother. Since the name was corrected by Mr. Frezza before his arrest, he requests that the alias

1

be removed, or in the alternative that it be annotated to clarify that this the name of an innocent third party.

2. Page 21, ¶ 78

The PSR correctly recounts that Mr. Frezza was scheduled to have an ultrasound on a mass found on his kidney. He has since undergone an ultrasound but has not been provided the results.

3. Page 21, ¶ 79

The PSR states that Mr. Frezza was hospitalized "at Stafford Hospital in March 2016." The hospital was actually Spotsylvania Hospital. The date was March 16, 2016, and this hospitalization arose from the trespassing case listed in ¶ 46, which was an imminent suicide attempt interrupted by a Detective Couch, whom Mr. Frezza credits with saving his life.

4. Page 21, ¶ 79

Mr. Frezza provides the following additional information regarding his mental health. He has placed requests with staff at Pamunkey Regional Jail for treatment for his mental health conditions, in October and most recently on November 29th. He has not been provided access to mental health treatment. It is believed that the former mental health treatment provider quit and has not been replaced yet.

          Respectfully Submitted,
          Matthew Frezza.

By:        /s/
          Counsel

Joseph S. Camden
Va. Bar No. 92143
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830

Fax (804) 648-5033
joseph_camden@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Choose an item.
US Attorney Office (Richmond)
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219

US Attorney Office (Richmond)
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219

/s/
Joseph S. Camden
Va. Bar No. 92143
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
Fax (804) 648-5033
joseph_camden@fd.org