Prob 35 (Rev. 05/01)
VAE (Rev 07/19)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

      V.                        Crim. No.  3:20CR00078-001

MATTHEW LEE FREZZA

On February 29, 2023, the above-named defendant was placed on supervised release for a period of two (2) years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_Sonya Pierce-Wilson_

Digitally signed by Sonya Pierce-Wilson
Date: 2025.08.06 12:42:14 -04'00'

Sonya Pierce-Wilson
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___6th___ day of ___August___, 2025.

_/s/_

Henry E. Hudson
Senior United States District Judge

**TO CLERK'S OFFICE**